AO 10*
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ellis, III, Thomas S. | 2. Court or Organization<br><br>U.S. District Court, E.D. Va. | 3. Date of Report<br><br>08/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>9th Floor<br>Alexandria, VA 22314-5799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Dean's Intellectual Property Law Advisiory Board, George Washington University |
| 2. Member | Judicial Advisory Council on International Family Abduction |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Ellis , III , Thomas S.**

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Sensor | | None | J | T | | | | | |
| 2. | Wachovia Bank Accts | A | Interest | K | T | | | | | |
| 3. | IRA #1 | | | | | | | | | |
| 4. | Cambiar Opp Fd | | None | J | T | Sold (part) | 08/24/10 | J | A | |
| 5. | Cambiar Opp Fd | | None | J | T | Sold (part) | 11/02/10 | J | A | |
| 6. | Goldman Sachs Tr Finl Sq Mmkt I | A | Dividend | J | T | Sold (part) | 07/09/10 | J | A | |
| 7. | Goldman Sachs Tr Finl Sq Mmkt I | A | Dividend | J | T | Buy (add'l) | 08/24/10 | J | | |
| 8. | Goldman Sachs Tr Finl Sq Mmkt I | A | Dividend | J | T | Sold (part) | 10/08/10 | J | A | |
| 9. | Goldman Sachs Tr Finl Sq Mmkt I | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 10. | Hotchkiss & Wiley Mid Cap Value I | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |
| 11. | Hotchkiss & Wiley Mid Cap Value I | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 12. | Legg Mason Value Trust | | None | J | T | Sold (part) | 08/24/10 | J | A | |
| 13. | Legg Mason Value Trust | | None | J | T | Sold (part) | 11/02/10 | J | A | |
| 14. | Blackrock Lg Cap Core Fd | | None | J | T | Sold (part) | 08/24/10 | J | A | |
| 15. | Blackrock Lg Cap Core Fd | | None | | | Sold | 08/26/10 | J | A | |
| 16. | DWS Dreman Sm Cap Value CLS | A | Dividend | J | T | Buy (add'l) | 08/24/10 | J | | |
| 17. | DWS Dreman Sm Cap Value CLS | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    (See Column C2)    U =Book Value    V =Other    W =Estt

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Quantitative Grp Fds Foreign Value Fd Ord. SHS | | None | J | T | Sold (part) | 08/24/10 | J | A | |
| 19. Quantitative Grp Fds Foreign Value Fd Ord. SHS | | None | | | Sold | 08/26/10 | J | A | |
| 20. Artio Int'l Equity Fd CL I | | None | J | T | Buy (add'l) | 08/24/10 | J | | |
| 21. Artio Int'l Equity Fd CL I | | None | J | T | Sold (part) | 11/02/10 | J | A | |
| 22. Security EQ Fd Mid Cap Value Ser CLA | A | Dividend | J | T | Buy (add'l) | 08/24/10 | J | | |
| 23. Security EQ Fd Mid Cap Value Ser CLA | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 24. T Rowe Price Mid Cap Growth Fd | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |
| 25. T Rowe Price Mid Cap Growth Fd | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 26. Touchstone Large Cap Growth Fd CL I | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |
| 27. Touchstone Large Cap Growth Fd CL I | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 28. Wells Fargo Fds Tr Small Cap Growth Fd Admin CL | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 29. Delaware Grp Advisor Fds Inc US Growth Port Instl CL | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |
| 30. Delaware Grp Advisor Fds Inc US Growth Port Instl CL | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 31. John Hancock Classic Value Fd CL I | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |
| 32. John Hancock Classic Value Fd CL I | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 33. Harbor Int'l Instl CL | A | Dividend | J | T | Buy (add'l) | 08/24/10 | J | | |
| 34. Harbor Int'l Instl CL | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Oppenheimer Int'l Growth Fd CL Y | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |
| 36. Oppenheimer Int'l Growth Fd CL Y | A | Dividend | | | Sold | 08/26/10 | J | A | |
| 37. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy | 08/24/10 | J | | |
| 38. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 39. Morgan Stanley Instl Fd Tr Mid Cap Growth Port I | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |
| 40. Morgan Stanley Instl Fd Tr Mid Cap Growth Port I | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 41. Pimco Fds PAC Int Mgmt Ser Comm Real Ret Strdt Fd Instl CL | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |
| 42. Pimco Fds PAC Int Mgmt Ser Comm Real Ret Strdt Fd Instl CL | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 43. AIM Global Rea Est Fd CL Y | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 44. Park Ave Portfolio RS Emerg Mkts Fd CLA | | None | | | Sold | 07/09/10 | J | A | |
| 45. Blair William FDS Intl Growth Fd CL I | A | Dividend | J | T | Buy | 08/24/10 | J | | |
| 46. Blair William FDS Intl Growth Fd CL I | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 47. Dreyfus Appreciation FD Inc | A | Dividend | J | T | Buy | 08/24/10 | J | | |
| 48. Dreyfus Appreciation FD Inc | A | Dividend | J | T | Buy (add'l) | 08/27/10 | J | | |
| 49. Dreyfus Appreciation FD Inc | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 50. RS Invt TR Emerging Mkts FD CL Y | A | Dividend | J | T | Buy | 07/09/10 | J | | |
| 51. RS Invt TR Emerging Mkts FD CL Y | A | Dividend | J | T | Sold (part) | 08/24/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RS Invt TR Emerging Mkts FD CL Y | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 53. Sentinel Mut. Fds Small Co CL I | A | Dividend | J | T | Buy | 08/24/10 | J | | |
| 54. Sentinel Mut. Fds Small Co CL 1 | A | Dividend | J | T | Sold (part) | 11/02/10 | J | A | |
| 55. IRA #2 | | | | | | | | | |
| 56. Diamond Hill Sm Cap Fd A | A | Dividend | | | Sold | 09/21/10 | J | A | |
| 57. Wells Fargo Adv End SL-I | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 58. Wells Fargo Adv End SL-I | A | Dividend | | | Sold | 09/21/10 | J | A | |
| 59. GS Finl Sq Mmkt Inst'l | A | Dividend | J | T | Sold (part) | 07/09/10 | J | A | |
| 60. GS Finl Sq Mmkt Inst'l | A | Dividend | J | T | Buy (add'l) | 09/17/10 | J | | |
| 61. GS Finl Sq Mmkt Inst'l | A | Dividend | J | T | Sold (part) | 10/08/10 | J | A | |
| 62. Touchstone Large Cap Grwth Fd CL I | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 63. Managers Times Sq M/C GRW-PR | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 64. American Centy Mut Fds Amer Centy Vista P | A | Dividend | | | Sold | 07/09/10 | J | A | |
| 65. Blackrock Fds Int'l Opp Instl CL B | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 66. Blackrock Fds Int'l Opp Instl CL B | A | Dividend | | | Sold | 09/21/10 | J | A | |
| 67. Cambiar Opp Fd | A | Dividend | | | Sold | 09/17/10 | J | A | |
| 68. John Hancock Classic Value Fd CL 1 | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Harbor Int'l Inst'l CL | A | Dividend | J | T | Buy (add'l) | 09/17/10 | J | | |
| 70. Hotchkiss & Wiley Fds Mid Cap Value Fd CL I | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 71. Legg Mason Value Tr Inc Nav Value Trust | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 72. Security Equity Fd Mid Cap Value Ser CLA | A | Dividend | J | T | Buy (add'l) | 09/17/10 | J | | |
| 73. Wells Fargo FDS TR Small Cap Growth Fd Adm | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 74. AIM Global Real Estate FD CL Y | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 75. Blair Williams Fds Intl Growth Fd CL I | A | Dividend | J | T | Buy (add'l) | 09/17/10 | J | | |
| 76. Blackrock Large Cap Ser Fds Core Fd | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 77. Blackrock Large Cap Ser Fds Core Fd | A | Dividend | | | Sold | 09/21/10 | J | A | |
| 78. Park Ave Portfolio RS Emerging Mkts Fd CLA | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 79. Artio Global Invt Fds Int'l Equity Fd II CL I | A | Dividend | J | T | Buy (add'l) | 09/17/10 | J | | |
| 80. PIMCO Fds PAC Invt Mgmt Ser-Comm | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 81. Brandywine Blue Fd Inc | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 82. Dreyfus Appreciation Fd Inc | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 83. Dreyfus Appreciation Fd Inc | A | Dividend | J | T | Buy (add'l) | 09/22/10 | J | | |
| 84. DWS Value Ser Inc Small Cap Value Fd CL S | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 85. Morgan Stanley Instl Fd Trust Mid Cap Grwth Port CL I | A | Dividend | J | T | Buy | 07/09/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Morgan Stanley Instl Fd Trust Mid Cap Grwth Port CL I | A | Dividend | J | T | Sold (part) | 09/17/10 | J | A | |
| 87. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 88. Sentinel Mut Fds Small Co CL I | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15.001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 08/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas S. Ellis, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544